UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

KEVIN DUNLEAVY

        Plaintiff(s)   :    **JUDGMENT**

(vs)   :

BAYSIDE STATE PRISON, ET AL.   :    Civil #09-3330 (RBK)

  :

       Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 14, 2011, and no timely objection having been filed,

IT IS, on this 20th day of June 2011

ORDERED that the report of Hon. John W. Bissell dated April 14, 2011 is hereby affirmed and Judgment be entered in favor of **plaintiff Kevin Dunleavy** and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of $4,000.00 together with costs of suit, prejudgment interest and reasonable counsel fees.

IT IS FURTHER ORDERED that all claims against remaining defendants be and hereby are dismissed.

_____
HON. ROBERT B. KUGLER, U.S.D.J.